B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington

In re   Israel J. McKinney                       ,   Case No.   18-40294-MJH

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Pingora Loan Servicing, LLC C/o Flagstar Bank | Pingora Loan Servicing, LLC C/o Cenlar FSB |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Flagstar Bank, FSB
5151 Corporate Drive
Troy, MI 48098-2639

Phone:  800-968-7700
Last Four Digits of Acct #:  4575

Court Claim # (if known):   19-1
Amount of Claim:   $113,744.37
Date Claim Filed:   04/10/2108

Phone:  866-243-5851
Last Four Digits of Acct. #:   1173

Name and Address where transferee payments should be sent (if different from above):

Flagstar Bank
P.O. Box 660263
Dallas, TX 75266-026372

Phone:  866-837-4539
Last Four Digits of Acct #:   4575

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/  Daniel Ross                          Date:  03/08/2019
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

On March 8, 2019, I placed a true and correct copy of the attached Transfer of Claim Other Than for Security electronically filed using the Court's ECF system which will send notification of such filing, or by First Class, postage pre-paid, to the following parties listed below:

Trustee:
Michael G. Malaier
ecfcomputer@chapter13tacoma.org

United States Trustee:
USTPRegion18.SE.ECF@usdoj.gov

Debtor's Counsel:
Ellen Ann Brown
Brown & Seelye PLLC
stopdebt@gmail.com

Debtor(s):
Israel J. McKinney
6506 E Roosevelt Ave
Tacoma, WA 98404

Dated: March 8, 2019

/s/Taylor Bartle
Taylor Bartle, legal assistant for Daniel Ross