HONORABLE MARY JO HESTON
Hearing Date: February 20, 2020
Hearing Time: 1:00 pm
Response date: February 13, 2020

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re

ISRAEL J. MCKINNEY

Debtor(s)

In Chapter 13 Proceeding
No. 18-40294-MJH

AMENDED Motion to Allow Debtor(s) to Modify Home Loan with Midfirst Bank

COMES NOW the Debtor(s), by and through their attorneys of record, the law offices of BROWN AND SEELYE PLLC, and moves the Court for an order allowing Debtor(s) to enter into a loan modification with Midfirst Bank. A copy of the Loan Modification terms are attached. The modified loan has an interest rate of 3.875%. The monthly principal and interest payment amount is $630.42 with a monthly escrow payment amount of $448.84 which may adjust periodically with a total monthly payment of $1118.46 with a maturity date of 6/1/2050

The new principal balance of the note will be $134,063.27 which will include any post-petition arrears.

WHEREFORE, Debtor(s) move this Court for an Order allowing them to Modify the mortgage per the terms of the attached Loan Modification Agreement terms.

RESPECTFULLY SUBMITTED February 3, 2020.

/s/ Ellen Ann Brown
_____
Ellen Ann Brown WSB27992

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958