1

2

3

4

5

6

7 **IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON**

8

9 **Re** )
 )              **In Chapter 13 Proceeding**
10 **ISRAEL J. MCKINNEY** )              **No.  18-40294-MJH**
 )
11 )              **Order Allowing Debtor(s) to**
 **Debtor(s)** )              **Modify Mortgage with**
12 )              **MIDLAND MORTGAGE**
 )
13 _____ )

14 It is ordered that the Debtor(s) may modify the Mortgage with Midland Mortgage

15 pursuant to the terms in their preapproval letter dated 1/21/2020 with a new principal

16 balance of $134,063.27 at a 4.250% interest rate with principal and interest of $565.23

17 and total estimated payment including escrow payments of $1014.07 and a maturity

18 date of 01/01/2048.

19

20                                          ///end of order///

21 Presented by:

22

23 /s/ Ellen Ann Brown
 Ellen Ann Brown WSB 27992
24 Attorney for Debtor

25

                                                              **BROWN and SEELYE PLLC**
                                                              744 South Fawcett Ave.
                                                              Tacoma, WA 98402
                                                              253-573-1958