Entered on Docket February 18, 2020

**Submitted But not Entered.**



_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**The received unsigned order is not consistent with the Amended Motion to Modify Home Loan (amended to clarify creditor name) that was filed on February 03, 2020. See ECF No. 29.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| **Re** ) | |
| ) | **In Chapter 13 Proceeding** |
| **ISRAEL J. MCKINNEY** ) | **No. 18-40294-MJH** |
| ) | |
| ) | **Order Allowing Debtor(s) to** |
| **Debtor(s)** ) | **Modify Mortgage with** |
| ) | **MIDLAND MORTGAGE** |
| ) | |
| _____ ) | |

It is ordered that the Debtor(s) may modify the Mortgage with Midland Mortgage

pursuant to the terms in their preapproval letter dated 1/21/2020 with a new principal

balance of $134,063.27 at a 4.250% interest rate with principal and interest of $565.23

and total estimated payment including escrow payments of $1014.07 and a maturity

date of 01/01/2048.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958